

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00058-CR

LORI ELIZABETH HILL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 82nd District Court
Falls County, Texas
Trial Court No. 9475

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Lori Elizabeth Hill has filed a motion to dismiss this appeal.[1]  The motion was signed by both Hill and her appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2(a), we grant the motion.  *See id.*

Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice


Date Submitted:     June 13, 2016
Date Decided:     June 14, 2016

Do Not Publish

---

[1]Originally appealed to the Tenth Court of Appeals in Waco, this case ws transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).  We follow the precedent of the Tenth Court of Appeals in deciding this case. *See* TEX. R. APP. P. 41.3.